Elizabeth Roche
Murray Law Firm
650 Poydras Street, #2150
New Orleans LA 70130

Stephen Barnett Murray
Murray Law Firm
650 Poydras Street, Ste 2150
New Orleans LA 70130

Stephen Barnett Murray, Jr.
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

William Wallace Goodell, Jr.
Attorney at Law
P. O. Box 52663
Lafayette LA 70505-2663

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

John Leonard Fontenot, Jr.
Smith Stag
365 Canal Street, Ste 2850
New Orleans LA 70130

Michael Gregory Stag
Smith Stag, LLC
365 Canal St., #2850
New Orleans LA 70130

Sean Seton Cassidy
Smith Stag, LLC
365 Canal Street, #2850
New Orleans LA 70130

Kim Reginald Hayes
Attorney at Law
P. O. Drawer 369
Crowley LA 70527-0369

**REHEARING ACTION: January 30, 2014**

**Docket Number: 13   00657-CA**

**RENEE CHRISTINE DIETZ, ET AL.**
**VERSUS**
**SUPERIOR OIL COMPANY, ET AL.**

**Appealed from Acadia Parish Case No. 86,739**

**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Marc T. Amy**
     **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Phyllis Smith McDonald** has this day been

     **DENIED.**

cc: Charles Simon McCowan, III, Counsel for the Appellee
   G. William Jarman, Counsel for the Appellee
   Louis Victor Gregoire, Jr., Counsel for the Appellee

Kimberly K. Hymel, Counsel for the Appellee
Michael R. Phillips, Counsel for the Appellee
Esteban Herrera, Jr., Counsel for the Appellee
David Lyman Browne, Counsel for the Appellee
Mark LeRay McNamara, Counsel for the Appellee
Robert Beattie McNeal, Counsel for the Appellee
James E. Lapeze, Counsel for the Appellee
Katie Caswell Cambre, Counsel for the Appellee
Morgan J. Wells, Jr., Counsel for the Appellee
Stephen Marcus Larzelere, Counsel for the Appellee
Loulan Joseph Pitre, Jr., Counsel for the Appellee
Demarcus J. Gordon, Counsel for the Appellee
Kelly Dussel Perrier, Counsel for the Appellee
Clint David Bischoff, Counsel for the Appellee
Tommy Woods Thornhill, Counsel for the Appellee
Emily E. Gebhardt, Counsel for the Appellee